LITTS and another, Respondents, vs. MORSE, Appellant.

*February 21—March 14, 1911.*

*Real-estate brokers: Middlemen: Commissions from both parties.*

Brokers who, in procuring a purchaser for land, acted as middle-
men only and not as agents of the vendor, are entitled to the
agreed commission for such service, even though they were
also employed by and received a commission from the purchaser.

APPEAL from a judgment of the circuit court for Wauke-
sha county: MARTIN L. LUECK, Circuit Judge. *Affirmed.*

Plaintiffs allege that in the fall of 1906 they entered into
an agreement with the defendant whereby the defendant
agreed to pay to the plaintiffs the sum of $500 commission in
the event of their securing a purchaser at a stated price for
defendant's hotel property in the city of Elkhorn. The com-
plaint also alleges that the defendant agreed to take in ex-
change for such property improved or unimproved Western
lands; that thereafter plaintiffs secured the Burchard-Hurl-
but Land Company as a purchaser, brought the parties to-
gether, and a sale resulted. The answer of the defendant
was a general denial of the allegations of the complaint. On
the trial defendant asked permission to amend his answer so
as to set up as a defense the fact that plaintiffs were in the
employment of the party who purchased defendant's property
and received a commission from such purchaser, and that the
plaintiffs acted for the purchaser adversely to the interests of
the defendant. The court refused to permit such amend-
ment. Testimony was introduced, however, tending to prove
defendant's contention in this regard. Upon a verdict for
the plaintiffs for $500 and costs judgment was entered, from
which judgment this appeal is taken.

*E. T. Cass,* for the appellant.

*J. J. Cunningham,* for the respondents.

BARNES, J.   The defendant contends (1) that the verdict rendered is not supported by the evidence, and (2) that the plaintiffs cannot recover because they acted as the agents of both parties to the transaction.

1.  The plaintiff *Francis* testified to the making of the contract, the substance of which is contained in the statement of facts.   The defendant denied that such contract was made. On this disputed testimony the jury found for the plaintiffs and its verdict is conclusive in this court.

2.  The evidence quite clearly shows that the plaintiffs acted in the capacity of middlemen and not as agents of the defendant.   Such being the situation, they were entitled to recover the commission agreed upon.   *Tasse v. Kindt, ante,* p. 115, 128 N. W. 972, and cases cited.

*By the Court.*—Judgment affirmed.